IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 15-00059-01-CR-W-DGK |
| MARCO D. WHITLEY, SR., | ) | |
| Defendant. | ) | |

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the Court are Defendant's Motion to Suppress and suggestions in support (Docs. 21 & 30), the Government's opposition (Docs. 23 & 31), and United States Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 38). The Court has also reviewed the transcript from the suppression hearing (Doc. 29) and the admitted exhibits.

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, *see* L.R. 74.1(a)(2), the Court ADOPTS the Report and Recommendation (Doc. 38) and DENIES Defendant's Motion to Suppress Evidence (Doc. 21).

**IT IS SO ORDERED.**

Date: August 14, 2015        /s/ Greg Kays
                             GREG KAYS, CHIEF JUDGE
                             UNITED STATES DISTRICT COURT